

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00219-CV

| | | |
|---|---|---|
| VAN LE AND DUNG TRAN, Appellants | § | On Appeal from the 393rd District Court |
| | § | of Denton County (19-7206-393) |
| V. | § | May 13, 2021 |
| QUYEN NGUYEN, Appellee | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM